**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kerry Scruggs, Paiton Smith, Rydrekus Washington, Guyion Mallory and Kimberly Mallory, Defendants,

Of whom Kerry Scruggs is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001773

---

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

---

Unpublished Opinion No. 2019-UP-105
Submitted March 8, 2019 – Filed March 11, 2019

---

**AFFIRMED**

---

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Kathryn J. Walsh, of McIlveen Family Law Firm, of Spartanburg, for Respondent.

Jacqueline Alicia Moss, of Law Firm of Jacqueline Moss, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:** Kerry Scruggs appeals the family court's final order awarding legal custody of her minor children to Kimberly Mallory and Guyion Mallory and allowing the South Carolina Department of Social Services to close its case. *See* S.C. Code Ann. §§ 63-7-1640(C), -1700(G) (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Scruggs's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.